SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. LORD & TAYLOR CAROUSEL, INC., Appellant. (Proceeding No. 1.) In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. KAUFMANN's CAROUSEL, INC., Appellant. (Proceeding No. 2.) (Appeal No. 2.) [896 NYS2d 277]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ LT PROPCO, LLC, Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 1.) LORD & TAYLOR CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 2.) KAUFMANN's CAROUSEL, INC., Appellant, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (Action No. 3.) In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. LORD & TAYLOR CAROUSEL, INC., Appellant. (Proceeding No. 1.) In the Matter of CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. KAUFMANN's CAROUSEL, INC., Appellant. (Proceeding No. 2.) (Appeal No. 3.) [896 NYS2d 277]— Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse,

New York, Which Parcels Comprise a Portion of the Site for the Phased Public Projection Known as Destiny USA. LORD & TAYLOR CAROUSEL, INC., Appellant. (Proceeding No. 1.) CITY OF SYRACUSE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, to Acquire Certain Interests in the Carousel Center Site, Which Site is Generally Identified as 1 Carousel Center Drive (Lot 11K), SBL No. 114-02-05.6; 304 Hiawatha Boulevard W. Rear (Lot 11B), SBL No. 114-02-05.2 in the City of Syracuse, New York, Which Parcels Comprise a Portion of the Site for the Phased Public Project Known as Destiny USA. KAUFMANN'S CAROUSEL CENTER, INC., Appellant. (Proceeding No. 2.) (Appeal No. 4.) [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ KEITH LONG, Appellant, v CELLINO & BARNES, P.C., et al., Respondents. [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.

■ MICHAEL BROWN, Appellant, v ROME UP & RUNNING, INC., Respondent. [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Peradotto, Green and Gorski, JJ.

■ In the Matter of JOHN NAVAREZ, Petitioner, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, Respondent. [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Carni and Gorski, JJ.

■ VIRGIL SMITH, Individually and as Parent and Natural Guardian of DEREK SMITH, an Infant, Appellant, v HAZEL E. SHERWOOD, Defendant, and CITY OF SYRACUSE et al., Respondents. [896 NYS2d 276]—Motion for leave to appeal to the Court of Appeals granted. Present—Fahey, J.P., Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN M. GOFF, Appellant. [896 NYS2d 277]—Motion for reargument denied. Present—Scudder, P.J., Smith, Centra and Carni, JJ.

■ PHILIP TAFELSKI, Respondent-Appellant, v THE BUFFALO CITY CEMETERY, INC., Appellant-Respondent. [896 NYS2d 277]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Carni, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY BENNETT, Appellant, v SIBATU KHAHAIFA, Superintendent,